UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE EELES                                                  :
6 Wickens Crescent, Ajax, Ontario
L1T 3J4 CANADA                                              :

and                                                         :

MICHAEL FAGAN                                               :
6 Wickens Crescent, Ajax, Ontario
L1T 3J4 CANADA                                              :

                    Plaintiffs,                             :

        v.                                                  :

UNITED STATES OF AMERICA                                    :        Civil Action No. _____

SERVE:                                                      :
The Hon. Loretta E. Lynch
Attorney General of the United States                       :
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.                               :
Washington, D.C. 20530
                                                            :
Channing D. Phillips
U.S. Attorney for the District of Columbia                  :
555 4th Street, N.W.
Washington, D.C. 20530                                      :

Stephen T. Ayers                                            :
Acting Architect of the Capitol
Office of the Architect of the Capitol                      :
United States Capitol Building
Washington, D.C. 20515                                      :

and                                                         :

DISTRICT OF COLUMBIA,                                       :
A MUNICIPAL CORPORATION
                                                            :
SERVE:
Tabitha Baxton on behalf of the Mayor                       :
Office of the Attorney General
John A. Wilson Building                                     :

1350 Pennsylvania Avenue NW :
Suite 407
Washington, DC 20004
                                                              :
Darlene Fields on behalf of the Attorney General
Office of the Attorney General                                :
John A. Wilson Building
1350 Pennsylvania Avenue NW                                   :
Suite 407
Washington, DC 20004                                          :

and                                                           :

CAPITOL HILL HOTEL                                            :
LIMITED PARTNERSHIP
6106 MacArthur Blvd.                                          :
Bethesda, MD 20816
                                                              :
SERVE:
CT Corporation System                                         :
1015 15th Street N.W., Suite 1000
Washington, D.C. 20005                                        :

        Defendants.                                :

## COMPLAINT

COMES NOW, Plaintiffs JANE EELES and MICHAEL FAGAN, by counsel, and hereby bring this cause of action against Defendants UNITED STATES OF AMERICA, DISTRICT OF COLUMBIA and CAPITOL HILL HOTEL LIMITED PARTNERSHIP, and state as follows:

### JURISDICTION

1.     Jurisdiction of this Court over Defendant United States of America is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671.

2.     Notice of Plaintiffs' tort claim was received by the United States, through its agency the Architect of the Capitol, on or about June 17, 2015. Thus, more than six months have

passed without a final disposition, allowing Plaintiffs to commence this action pursuant to 28 U.S.C. § 2675(a). The amount claimed was Two Million Dollars ($2,000,000.00), as below.

3. Jurisdiction of this Court over Defendants District of Columbia and Capitol Hill Hotel Limited Partnership is invoked pursuant to 28 U.S.C. § 1332 (diversity of citizenship), as Plaintiffs are residents of Canada, Defendant District of Columbia is a municipal corporation that may be sued under D.C. Code § 1-102, Defendant Capitol Hill Hotel Limited Partnership is a business incorporated in the District of Columbia with its principal office in Maryland, and the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

## VENUE

4. Venue is proper under 28 U.S.C. § 1391, as all events giving rise to this cause of action occurred in the District of Columbia.

## PARTIES

5. Plaintiffs Jane Eeles and Michael Fagan are adult residents of Canada who visited the District of Columbia on or about October 5, 2014.

6. Defendant United States of America, through its agency, the Architect of the Capitol, upon knowledge, information, and belief, owns and maintains the sidewalk outside and adjoining Capitol Hill Hotel, located at 200 C Street S.E., Washington, D.C. 20003.

7. Defendant District of Columbia, upon knowledge information, and belief, owns and maintains the sidewalk outside and adjoining Capitol Hill Hotel, located at 200 C Street S.E., Washington, D.C. 20003.

8. Defendant Capitol Hill Hotel Limited Partnership (hereinafter "Capitol Hill Hotel"), upon knowledge, information, and belief, is a business incorporated in the District that

maintains and operates the Capitol Hill Hotel, including the sidewalk outside and adjoining Capitol Hill Hotel, located at 200 C Street S.E., Washington, D.C. 20003.

## FACTS

9. Plaintiffs incorporate by reference paragraphs one through eight of this Complaint as though fully set forth herein.

10. On or about October 5, 2014, Plaintiffs Jane Eeles and Michael Fagan were guests of Capitol Hill Hotel, located at 200 C Street, S.E., Washington, D.C. 20003.

11. At approximately 9:15 a.m., Plaintiffs left the area of the hotel in which they were staying to walk to the East Wing of the hotel where a complimentary breakfast had been served.

12. Reaching the East Wing of the hotel required Plaintiffs to go outside and walk on the sidewalk.

13. As Plaintiffs were walking on the sidewalk, Plaintiff Jane Eeles tripped and fell when her shoe hit a lip of uneven concrete.

14. This defect in the sidewalk had been present for some time. Defendant Capitol Hill Hotel allegedly reported this defect prior to Plaintiff Jane Eeles' fall.

15. Defendant United States of America, through its agency the Architect of the Capitol, upon knowledge, information, and belief, owns and maintains the sidewalk outside and adjoining Capitol Hill Hotel.

16. Defendant District of Columbia, upon knowledge, information, and belief, owns and maintains the sidewalk outside and adjoining Capitol Hill Hotel.

17. As a result of her fall, Plaintiff Jane Eeles suffered injuries including, but not limited to, multiple fractures to her left hand, severe facial contusions, and a left elbow sprain.

COUNT I
(Negligence – United States of America)

18. Plaintiffs incorporate by reference paragraphs one through seventeen of this Complaint as though fully set forth herein.

19. Defendant United States of America, through its agency the Architect of the Capitol, owed a duty to act reasonably under the circumstances, including a duty to maintain the sidewalk in a reasonably safe condition.

20. Defendant's negligent acts include, but are not limited to: (1) failing to properly maintain the sidewalk in a safe condition, (2) failing to warn of a dangerous condition, (3) failing to remedy a dangerous condition, and (4) such other acts and/or omissions as further investigation and discovery may reveal.

21. The aforesaid negligence was a direct and proximate cause of Plaintiff Jane Eeles' fall and the damages suffered by Plaintiffs.

22. As a direct and proximate result of the negligence of Defendant in causing the fall, Plaintiff Jane Eeles suffered physical injuries including, but not limited to, multiple fractures to her left hand, severe facial contusions, and a left elbow sprain.

23. As a further proximate result of the negligence of Defendant in causing the fall, Plaintiff Jane Eeles has suffered, and will continue to suffer, much physical pain and mental anguish; permanent disability which will substantially affect her ability to engage in her daily activities; has incurred, and will continue to incur, medical expenses for medical and hospital care and attention in connection with the incident; and has suffered, and will continue to suffer, mental and physical pain and suffering and emotional distress associated with all of the above.

COUNT II
(Negligence – District of Columbia)

24. Plaintiffs incorporate by reference paragraphs one through twenty-three of this Complaint as though fully set forth herein.

25. Defendant District of Columbia owed a duty to act reasonably under the circumstances, including a duty to maintain the sidewalk in a reasonably safe condition.

26. Defendant's negligent acts include, but are not limited to: (1) failing to properly maintain the sidewalk in a safe condition, (2) failing to warn of a dangerous condition, (3) failing to remedy a dangerous condition, and (4) such other acts and/or omissions as further investigation and discovery may reveal.

27. The aforesaid negligence was a direct and proximate cause of Plaintiff Jane Eeles' fall and the damages suffered by Plaintiffs.

28. As a direct and proximate result of the negligence of Defendant in causing the fall, Plaintiff Jane Eeles suffered physical injuries including, but not limited to, multiple fractures to her left hand, severe facial contusions, and a left elbow sprain.

29. As a further proximate result of the negligence of Defendant in causing the fall, Plaintiff Jane Eeles has suffered, and will continue to suffer, much physical pain and mental anguish; permanent disability which will substantially affect her ability to engage in her daily activities; has incurred, and will continue to incur, medical expenses for medical and hospital care and attention in connection with the incident; and has suffered, and will continue to suffer, mental and physical pain and suffering and emotional distress associated with all of the above.

## COUNT III
(Negligence – Capitol Hill Hotel)

30. Plaintiffs incorporate by reference paragraphs one through twenty-nine of this Complaint as though fully set forth herein.

31.     Defendant Capitol Hill Hotel owed a duty to act reasonably under the circumstances, including a duty to maintain and operate the hotel and adjoining sidewalk in a reasonably safe condition.

32.     Defendant's negligent acts include, but are not limited to: (1) failing to properly maintain the sidewalk in a safe condition, (2) failing to warn of a dangerous condition, (3) failing to remedy a dangerous condition, and (4) such other acts and/or omissions as further investigation and discovery may reveal.

33.     The aforesaid negligence was a direct and proximate cause of Plaintiff Jane Eeles' fall and the damages suffered by Plaintiffs.

34.     As a direct and proximate result of the negligence of Defendant in causing the fall, Plaintiff Jane Eeles suffered physical injuries including, but not limited to, multiple fractures to her left hand, severe facial contusions, and a left elbow sprain.

35.     As a further proximate result of the negligence of Defendant in causing the fall, Plaintiff Jane Eeles has suffered, and will continue to suffer, much physical pain and mental anguish; permanent disability which will substantially affect her ability to engage in her daily activities; has incurred, and will continue to incur, medical expenses for medical and hospital care and attention in connection with the incident; and has suffered, and will continue to suffer, mental and physical pain and suffering and emotional distress associated with all of the above.

## COUNT IV
(Loss of Consortium – All Defendants)

36.     Plaintiffs incorporate by reference paragraphs one through thirty-five of this Complaint as though fully set forth herein.

37.     Plaintiffs were married at the time the cause of action arose, and Plaintiffs continue to be married.

38. As a direct and proximate result of Defendants' negligence, Plaintiff Michael Fagan suffered, and continues to suffer, a loss of consortium with his wife, including, but not limited to, a loss of his wife's support, services, society, companionship, love, affection, aid, cooperation, marital relations and comfort due to the serious injuries and damages suffered by Plaintiff Jane Eeles.

WHEREFORE, for the foregoing reasons, Plaintiffs demand judgment against Defendants UNITED STATES OF AMERICA, DISTRICT OF COLUMBIA and CAPITOL HILL HOTEL LIMITED PARTNERSHIP, jointly and severally, in the full and just amount of Two Million Dollars ($2,000,000.00), plus costs and interest.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
    DEPAOLIS & LIGHTFOOT, LLP

_____
William P. Lightfoot          #313593
Paulette E. Chapman        #416437
Kelly J. Fisher                  #488431
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
wlightfoot@koonz.com

*Counsel for Plaintiffs*

## JURY TRIAL DEMAND

Plaintiffs requests a jury trial on all counts against Defendants District of Columbia and Capitol Hill Hotel Limited Partnership.

_____
Kelly J. Fisher, Esq.

8